JS-6
-o-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DANYELL MOTT, | Case No. EDCV 16-00694-JGB (DTB) |
| Petitioner, vs. | **J U D G M E N T** |
| DERRAL ADAMS, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: November 30, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE